**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00086-CV**
_____

**KENNON CARR, Appellant**

**V.**

**INLAND MARINE SERVICE, INC., Appellee**

_____

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-206226**
_____

**MEMORANDUM OPINION**

This is an appeal from a judgment in Trial Cause Number D-206226, signed on April 1, 2021. In the judgment, the trial court sustained Inland Marine Service, Inc.'s special appearance and dismissed the suit filed by Kennon Carr without prejudice based on the court's conclusion that it did not have jurisdiction over Inland Marine. After Carr appealed, the parties filed a joint motion and asks this Court to vacate the trial court's judgment and replace it with a judgment dismissing Carr's claims with prejudice based on the agreement they reached to settle all claims

1

asserted or that could have been asserted in the underlying suit. *See* Tex. R. App. P. 42.1(a)(2)(A). According to the parties, their agreement is without prejudice or waiver by Inland Marine of its claim that Texas courts lack jurisdiction over Inland Marine.

We dispose of the appeal pursuant to the request made in the motion, which asks that this Court "dismiss all claims and causes of action against Inland Marine Service, Inc., that were or could have been brought in Cause No. D-206226 with prejudice" pursuant to their settlement of the dispute.

The parties filed the motion to dismiss before the Court decided any of the issues in the appeal. Therefore, in accord with the parties' joint request, we vacate the judgment in Trial Cause Number D-206226 and order all claims and causes of action that were brought by Kennon Carr or that could have been brought by him in Trial Cause Number D-206226 dismissed, with prejudice. *See* Tex. R. App. P. 42.1(a)(2), 43.2(e).

APPEAL DISMSSED.

PER CURIAM

Submitted on February 2, 2022
Opinion Delivered February 3, 2022

Before Kreger, Horton and Johnson, JJ.

2